UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JULISSA BARTHOLOMEW,

                        Defendant.

24-CR-541-04 (PAE)

SCHEDULING ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules a bail hearing for defendant Julissa Bartholomew for Thursday, **May 29, 2025** at **11 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  The defense's letter, setting out proposed bond terms, is due at 5 p.m. on **May 23, 2025**.  The Government's response is due at 5 p.m. on **May 27, 2025**.  Both letters should also address the parties' views on whether Ms. Bartholomew's trial can and should be held on the current schedule, under which trial begins on July 28, 2025.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 20, 2025
       New York, New York