UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,          :

           -v-                         :         24-CR-541-04 (PAE)

JULISSA BARTHOLOMEW,            :         SCHEDULING ORDER

                  Defendant.            :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

        For the reasons stated on the record at today's conference, the Court adopts the schedule set forth in the letter filed on the docket on this case at Dkt. No. 125. The Court also ordered the following:

- The next conference in this case is scheduled for **October 7, 2025** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **October 7, 2025**.

SO ORDERED.

Dated: June 26, 2025
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge