UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULISSA BARTHOLOMEW,<br>    a/k/a "Trophy,"<br>    a/k/a "Tactical Mommy,"<br><br>                        Defendant. | **SUPERSEDING INFORMATION**<br><br>S6 24 Cr. 541 (PAE) |

### COUNT ONE
### (Conspiracy to Obstruct Justice)

The United States Attorney charges:

1.      From at least in or about December 2023 until at least in or about September 2024, in the Southern District of New York and elsewhere, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other, to violate Title 18, United States Code, Section 1512(c)(1) and (2).

2.      It was a part and an object of the conspiracy that JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, and others known and unknown, would and did corruptly alter, destroy, mutilate, and conceal a record, document, and other object, with the intent to impair the object's integrity and availability for use in an official proceeding, and otherwise obstruct, influence, and impede an official proceeding, to wit, BARTHOLOMEW attempted to remotely erase the data on a cellphone that had been seized by law enforcement pursuant to a court-authorized search warrant and refused to produce documents and records in BARTHOLOMEW's possession that were the subject of a federal grand jury subpoena, with the

intent to obstruct, influence, and impede the federal investigation of a murder-for-hire conspiracy that targeted a victim ("Victim-1") and resulted in the death of Clarisa Burgos.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about July 25, 2024, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, attempted to remotely erase the data on a cellphone that had been seized by law enforcement pursuant to a court-authorized search warrant and brought into New York, New York, for forensic analysis.

b. On or about November 1, 2024, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, willfully concealed evidence by refusing to comply with a federal court order that compelled her to produce documents responsive to a grand jury subpoena.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Conspiracy to Destroy Records)

The United States Attorney further charges:

4. From at least in or about December 2023 until at least in or about September 2024, in the Southern District of New York and elsewhere, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other, to violate Title 18, United States Code, Section 1519.

5.  It was a part and an object of the conspiracy that JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, and others known and unknown would and did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and in contemplation of such a matter, to wit, BARTHOLOMEW conspired with others to destroy evidence of a murder-for-hire conspiracy that targeted Victim-1 and resulted in the death of Clarisa Burgos, including by remotely erasing the data on a cellphone in BARTHOLOMEW's possession.

## Overt Acts

6.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

   a.  On or about July 25, 2024, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, attempted to remotely erase the data on a cellphone that had been seized by law enforcement pursuant to a court-authorized search warrant and brought into New York, New York, for forensic analysis.

(Title 18, United States Code, Section 371.)

**FORFEITURE ALLEGATION**

7.  As a result of committing the offense alleged in Counts One of this Information, JULISSA BARTHOLOMEW, a/k/a "Trophy," a/k/a "Tactical Mommy," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that

constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*[signature]*
JAY CLAYTON
United States Attorney

4